UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WALTER KRUEGER, | 1:11-CV-00097 AWI BAM HC |
| Petitioner, | ORDER CONSTRUING PETITIONER'S MOTION FOR CERTIFICATE OF APPEALABILITY AS NOTICE OF APPEAL |
| v. | |
| MATTHEW CATE, | ORDER DIRECTING CLERK OF COURT TO PROCESS APPEAL TO NINTH CIRCUIT |
| Respondent. | |

    Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On November 19, 2012, the Court issued an order denying the petition and declining to issue a certificate of appealability. Judgment was entered on the same date and the case was closed. On December 12, 2012, Petitioner filed a pleading entitled "Notice of Intent to File a Request for COA." Despite the Court already having declined issuance of a certificate of appealability, Petitioner stated he intended to file a petition for certificate of appealability at some point in the future. No action was taken on the notice insofar as the case was closed and the intent of the pleading was merely to notify the Court of Petitioner's intent to file something in the future.

    On April 30, 2013, Petitioner filed the instant "Application for Certificate of Appealability."

He states he filed a notice of appeal on December 9, 2012, and he requests a certificate of appealability.  Petitioner is advised that a notice of appeal was not received on December 9, 2012, or any date thereafter.  The only pleading received from Petitioner since the petition was denied was the above-noted notice of his intent to file a request in the future.  The instant request for certificate of appealability is moot as the Court declined to issue a certificate on November 19, 2012.  However, as Petitioner states he seeks to appeal to the Ninth Circuit, the Court will construe his motion for certificate of appealability as a notice of appeal.

**ORDER**

Accordingly, IT IS HEREBY ORDERED:

1) Petitioner's motion for certificate of appealability is CONSTRUED as a notice of appeal; and

2) The Clerk of Court is DIRECTED to process the appeal to the Ninth Circuit Court of Appeals.

IT IS SO ORDERED.

Dated:   May 28, 2013

SENIOR  DISTRICT  JUDGE